# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿April 01, 2016＿＿＿＿

*The Court of Appeals hereby passes the following order:*

## A16A1216. IDRISSA GAYE v. NAJARIAN CAPITAL, LLC. et. al.

In this direct appeal, Idrissa Gaye seeks review of the superior court's order dismissing her petition for a writ of certiorari of a magistrates court's decision. Appellee Najarian Capital, LLC. et. al. filed a motion to dismiss Gaye's appeal because we lack jurisdiction. Najarian Capital is correct.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Such compliance is required even where the superior court dismisses the certiorari petition. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). Because Gaye did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal. Accordingly, Najarian Capital's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,＿＿＿* 04/01/2016 ＿＿＿
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿, *Clerk.*